UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER, | No. 2:22-cv-1569 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| EHLERS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants violated California law and acted in retaliation. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 2, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days. (ECF No. 9.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations, as well as the dismissal of the Complaint with leave to amend (ECF No. 6), to be supported by the record and by the Magistrate Judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 2, 2023, are adopted in full; and

2. This action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **September 3, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/mill1569.800

2